```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUE PAGUADA, on behalf of himself and all others similarly situated,

                Plaintiff,

                -against-

TRIANGLE HOME FASHIONS, LLC,

                Defendant.

1:20-cv-06670-MKV

CASE STATUS SHEET

MARY KAY VYSKOCIL, United States District Judge:

      Plaintiff filed the Complaint on August 20, 2020 [ECF No. 1]. Proof of service filed with the Court on August 26, 2020, reflects that Defendant Triangle Home Fashions, LLC was served with the Complaint on August 25, 2020 [ECF No. 5]. To date, Defendant has not answered the Complaint or otherwise appeared in this action.

      Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment is due on or before **December 15, 2020**. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website.

**SO ORDERED.**

Date:  November 24, 2020                          *Mary Kay Vyskocil*
        New York, NY                                 **MARY KAY VYSKOCIL**
                                                        **United States District Judge**