# Mars Khaimov Law, PLLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2020

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

**VIA ECF**

Hon. Judge Mary Kay Vyskocil
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

December 14, 2020

> The deadline for Plaintiff to move for default judgment is extended to January 15, 2021.  Should Plaintiff confer with Defendant and opt not to move for default judgment, Plaintiff shall file a letter on or before January 15, 2021, advising the Court of that.  SO ORDERED.
>
> Date: 12/14/2020
> New York, New York
>
> /s/ Mary Kay Vyskocil
> Mary Kay Vyskocil
> United States District Judge

Re:     Paguada v. Triangle Home Fashions, LLC; Case No: 1:20-cv-06670-MKV

To the Honorable Judge Vyskocil,

    The undersigned represents Plaintiff Josue Paguada (hereinafter "Plaintiff") in the above-referenced matter.

    This Letter is submitted in response to the Court's November 24, 2020 Order directing Plaintiff to move for a default judgement by December 15, 2020.

    By way of background, this matter has been pending before the Court since August 20, 2020 and while Defendant was properly served (and Affidavit of Service filed on the docket), Defendant failed to appear or otherwise respond.

    Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to Triangle Home Fashions, LLC and will promptly be filing its Motion for a Default Judgement in accordance with the Court's Individual Rules.

    As such, Plaintiff is requesting 21 days in which to attempt to contact Defendant or in the alternative, move for Default Judgment.

    Thank you for the consideration of Plaintiff's request.

Yours sincerely,

/s/Mars Khaimov

Mars Khaimov, Esq., **Principal**
**Mars Khaimov Law, PLLC**