USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUE PAGUADA, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

TRIANGLE HOME FASHIONS, LLC,

                Defendant.

1:20-cv-06670-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      Plaintiff filed the Complaint on August 20, 2020 [ECF No. 1]. Proof of service filed with the Court on August 26, 2020, reflects that Defendant Triangle Home Fashions, LLC was served with the Complaint on August 25, 2020 [ECF No. 5]. On November 24, 2020, the Court set a deadline of December 15, 2020, for Plaintiff to move for default judgment [ECF No. 6]. On December 14, 2020, Plaintiff filed a letter requesting that the Court extend that deadline [ECF No. 9]. The Court granted the request and extended the deadline for Plaintiff to move for default judgment to January 15, 2021 [ECF No. 10]. To date, Defendant has not answered the Complaint or otherwise appeared in this action and Plaintiff has failed to move for default judgment.

      Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment is due on or before **March 2, 2021**. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. If Plaintiff does not move for default judgment by that date, the Court will dismiss the action for failure to prosecute.

**SO ORDERED.**

Date: February 16, 2021
      New York, NY

**MARY KAY VYSKOCIL**
United States District Judge